**FILED**

September 06, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

**REDACTED COPY**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEL RIO DIVISION

BY: _____ **CR**

DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CAUSE NO.: DR:22-CR-02324 |
| | § | |
| | § | **SECOND SUPERSEDING** |
| v. | § | **INDICTMENT** |
| | § | |
| | § | [VIO: COUNT ONE: 8 U.S.C. § |
| **MICHAEL DEMOND KENNEDY** (1), | § | 1324(a)(1)(A)(v)(I) & (B)(iv), |
| **ORLIN WILFREDO** | § | Conspiracy to Transport Illegal Aliens |
| **PADILLA-MURILLO** | § | Resulting in Death; COUNT TWO: 8 |
| A/K/A "TEXAS" | § | U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv), |
| A/K/A "ORLIN" | § | Illegal Alien Transportation Resulting in |
| A/K/A "PATRON" | § | Death COUNT THREE: 8 U.S.C. § |
| A/K/A "TIRO PEGADO" (2), | § | 1324(a)(1)(A)(v)(I) & (B)(iii), |
| **JERRY LEE ANDERSON** | § | Conspiracy to Transport Illegal Aliens |
| A/K/A "EASYMONEY" | § | Causing Serious Bodily Injury or |
| A/K/A "EASYMONEYKING" | § | Placing Lives in Jeopardy; COUNT |
| A/K/A "REDEYEMONEY797" | § | FOUR: 8 U.S.C. § 1324(a)(1)(A)(ii) & |
| A/K/A "C_N0EXAAYE6" | § | (B)(iii), Illegal Alien Transportation |
| A/K/A "JAYE2KILLAH,"(3) | § | Causing Serious Bodily Injury or |
| **RASHAD JERMAINE JOSHUA** | § | Placing Lives in Jeopardy; FIVE: 8 |
| A/K/A "D" | § | U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii), |
| A/K/A "YOU" | § | Illegal Alien Transportation Placing |
| A/K/A "RASHAAD" | § | Lives in Jeopardy; COUNT SIX: 18 |
| A/K/A "RASHAD 2" | § | U.S.C. § 1956(a)(1)(A)(i) and (B)(i) and |
| A/K/A "RASHADBMB" | § | (h): Conspiracy to Launder Monetary |
| A/K/A "SHADTHEGOD" (4) | § | Instruments.] |

**FORFEITURE**

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iv)]

Beginning on or about April 1, 2022, and continuing through on or about January 30,

2023, in the Western District of Texas, and elsewhere, Defendants,

**MICHAEL DEMOND KENNEDY** (1),

**ORLIN WILFREDO PADILLA-MURILLO**
A/K/A "TEXAS" A/K/A "ORLIN" A/K/A "PATRON" A/K/A "TIRO PEGADO" (2),
**JERRY LEE ANDERSON** A/K/A "EASYMONEY" A/K/A "EASYMONEYKING"
A/K/A "REDEYEMONEY797"A/K/A "C_N0EXAAYE6" A/K/A "JAYE2KILLAH,"(3)
**RASHAD JERMAINE JOSHUA** A/K/A "D" A/K/A "YOU" A/K/A "RASHAAD" A/K/A
"RASHAD 2" A/K/A "RASHADBMB"A/K/A "SHADTHEGOD" (4)

did knowingly and intentionally combine, conspire, confederate and agree together and with

others, to transport and move, and attempt to transport and move, by means of transportation or

otherwise, aliens who came to, entered and remained in the United States in violation of law,

knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the

United States in violation of law, and in furtherance of such violation of law, and said offense

resulted in the death of one and more than one persons, all in violation of Title 8, United States

Code, Sections 1324(a)(1)(A)(v)(I) & (B)(iv).

COUNT TWO
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iv)]

On or about October 2, 2022, in the Western District of Texas, Defendants,

**MICHAEL DEMOND KENNEDY** (1),
**ORLIN WILFREDO PADILLA-MURILLO**
A/K/A "TEXAS" A/K/A "ORLIN" A/K/A "PATRON" A/K/A "TIRO PEGADO" (2),
**JERRY LEE ANDERSON** A/K/A "EASYMONEY" A/K/A "EASYMONEYKING"
A/K/A "REDEYEMONEY797"A/K/A "C_N0EXAAYE6" A/K/A "JAYE2KILLAH,"(3)

knowing and in reckless disregard of the fact that a certain alien, namely, R.M.-V., had come to,

entered and remained in the United States in violation of law, did willfully and unlawfully transport

and move, and attempt to transport and move, said alien within the United States by means of

transportation and otherwise, and in furtherance of such violation of law, and said offense resulted

in the death of one and more than one persons, in violation of Title 8, United States Code, Section

1324(a)(1)(A)(ii) & (B)(iv).

<u>COUNT THREE</u>
[8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(iii)]

Beginning on or about April 1, 2022, and continuing through on or about January 30,

2023, in the Western District of Texas, and elsewhere, Defendants,

**MICHAEL DEMOND KENNEDY** (1),
**ORLIN WILFREDO PADILLA-MURILLO**
A/K/A "TEXAS" A/K/A "ORLIN" A/K/A "PATRON" A/K/A "TIRO PEGADO" (2),
**JERRY LEE ANDERSON** A/K/A "EASYMONEY" A/K/A "EASYMONEYKING"
A/K/A "REDEYEMONEY797"A/K/A "C_N0EXAAYE6" A/K/A "JAYE2KILLAH,"(3)
**RASHAD JERMAINE JOSHUA** A/K/A "D" A/K/A "YOU" A/K/A "RASHAAD" A/K/A
"RASHAD 2" A/K/A "RASHADBMB"A/K/A "SHADTHEGOD" (4)

did knowingly and intentionally combine, conspire, confederate and agree together and with

others, to transport and move, and attempt to transport and move, by means of transportation or

otherwise, aliens who came to, entered and remained in the United States in violation of law,

knowing and in reckless disregard of the fact said aliens came to, entered, and remained in the

United States in violation of law, and in furtherance of such violation of law, and during and in

relation to said offense, Defendants' conduct caused serious bodily injury to and placed in jeopardy

the life of one and more than one persons, all in violation of Title 8, United States Code, Section

1324(a)(1)(A)(v)(I) & (B)(iii).

<u>COUNT FOUR</u>
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii)]

On or about October 2, 2022, in the Western District of Texas, Defendants,

**MICHAEL DEMOND KENNEDY** (1),
**ORLIN WILFREDO PADILLA-MURILLO**
A/K/A "TEXAS" A/K/A "ORLIN" A/K/A "PATRON" A/K/A "TIRO PEGADO" (2),
**JERRY LEE ANDERSON** A/K/A "EASYMONEY" A/K/A "EASYMONEYKING"
A/K/A "REDEYEMONEY797"A/K/A "C_N0EXAAYE6" A/K/A "JAYE2KILLAH,"(3)

knowing and in reckless disregard of the fact that a certain alien, namely, L.A.V.-T., had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, and during and in relation to said offense, Defendants' conduct caused serious bodily injury to and placed in jeopardy the life of one and more than one persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iii).

## COUNT FIVE
[8 U.S.C. § 1324(a)(1)(A)(ii) & (B)(iii)]

On or about August 9, 2022, in the Western District of Texas, Defendants,

**ORLIN WILFREDO PADILLA-MURILLO**
A/K/A "TEXAS" A/K/A "ORLIN" A/K/A "PATRON" A/K/A "TIRO PEGADO" (2),
**RASHAD JERMAINE JOSHUA** A/K/A "D" A/K/A "YOU" A/K/A "RASHAAD" A/K/A
"RASHAD 2" A/K/A "RASHADBMB"A/K/A "SHADTHEGOD" (4)

knowing and in reckless disregard of the fact that a certain alien, namely, Franklin Jacobo Zuniga-Blanco, had come to, entered and remained in the United States in violation of law, did willfully and unlawfully transport and move, and attempt to transport and move, said alien within the United States by means of transportation and otherwise, and in furtherance of such violation of law, and during and in relation to said offense, Defendants' conduct placed in jeopardy the life of one and more than one persons, in violation of Title 8, United States Code, Section 1324(a)(1)(A)(ii) & (B)(iii).

## COUNT SIX
[18 U.S.C. § 1956 (h)]

Beginning on or about April 1, 2022, and continuing through on or about January 30, 2023, in the Western District of Texas, and elsewhere, Defendants,

**ORLIN WILFREDO PADILLA-MURILLO**
A/K/A "TEXAS" A/K/A "ORLIN" A/K/A "PATRON" A/K/A "TIRO PEGADO" (2),
**JERRY LEE ANDERSON** A/K/A "EASYMONEY" A/K/A "EASYMONEYKING"A/K/A
"REDEYEMONEY797"A/K/A "C_N0EXAAYE6" A/K/A "JAYE2KILLAH,"(3)
**RASHAD JERMAINE JOSHUA** A/K/A "D" A/K/A "YOU" A/K/A "RASHAAD" A/K/A
"RASHAD 2" A/K/A "RASHADBMB"A/K/A "SHADTHEGOD" (4)

did knowingly combine, conspire, and agree with each other and with other persons known and

unknown, to commit offenses against the United States in violation of Title 18, United States Code,

Section 1956, that is knowingly conduct and attempt to conduct a financial transaction affecting

interstate and foreign commerce, which involved the proceeds of a specified unlawful activity, that

is Conspiracy to Transport Illegal Aliens in violation of Title 8, United States Code, Sections 8

U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i), with the intent to promote the carrying on of specified

unlawful activity, Conspiracy to Transport Illegal Aliens in violation of Title 8, United States

Code, Sections 8 U.S.C. § 1324(a)(1)(A)(v)(I) & (B)(i), and that while conducting and attempting

to conduct such financial transaction knew that the property involved in the financial transaction

represented the proceeds of some form of unlawful activity in violation of Title 18, United States

Code, Section 1956(a)(1)(A)(i); all in violation of Title 18, United States Code, Section 1956(h).

## NOTICE OF UNITED STATES OF AMERICA'S DEMAND FOR FORFEITURE
[*See* FED. R. CRIM. P. 32.2]
### I.
### Immigration Violations and Forfeiture Statute
[Title 8 U.S.C. §§ 1324(a)(1)(A)(v)(I)/(ii) & (B)(ii)/(iv),
subject to forfeiture pursuant to Title 18 U.S.C. § 982(a)(6)(A)]

As a result of the foregoing criminal violations set forth in Counts One to Five, the United

States of America gives notice to the Defendants of its intent to seek the forfeiture of property,

including any items listed below, upon conviction and as a part of sentence pursuant to FED. R.

CRIM. P. 32.2 and Title 18 U.S.C. § 982(a)(6)(A) which states:

**Title 18 U.S.C. § 982 Criminal forfeiture**

(a)(6)(A) The court, in imposing sentence on a person convicted of a violation of, or conspiracy to violate, section 274(a) . . . of the Immigration and Nationality Act . . . shall order that the person forfeit to the United States, regardless of any provision of State law—

(i) any conveyance, including any vessel, vehicle, or aircraft used in the commission of the offense of which the person is convicted; and

(ii) any property real or personal—

(I) that constitutes, or is derived from or is traceable to the proceeds obtained directly or indirectly from the commission of the offense of which the person is convicted; or

(II) that is used to facilitate, or is intended to be used to facilitate, the commission of the offense of which the person is convicted.

## II.
## Money Laundering Violations and Forfeiture Statute
### [18 U.S.C. § 1956(a)(1)(A)/(B)(i) and (h), subject to forfeiture pursuant to 18 U.S.C. § 982(a)(1) & (2)]

As a result of the foregoing criminal violations set forth in Count Six, the United States gives notice to the Defendants of its intent to seek the forfeiture of property, including any items listed below, upon conviction and as a part of sentence pursuant to FED. R. CRIM. P. 32.2 and 18 U.S.C. §§ 982(a)(1), which states:

**Title 18 U.S.C. § 982. Criminal Forfeiture**

(a)(1) The court, in imposing sentence on a person convicted of an offense in violation of section 1956 . . . of this title, shall order that the person forfeit to the United States any property, real or personal, involved in such offense, or any property traceable to such property.

This Notice of Demand for Forfeiture includes but is not limited to the following.

## III.
## Personal Property

1. Ruger model 57 5.7x28mm pistol, s/n 642-34800; and
2. Any related ammunition and firearm accessories

## IV.
## Money Judgment

**Money Judgment:** A sum of money equal to the value of the property used in, proceeds from, and property used to facilitate the immigration violations in Counts One through Five and the value of the property involved in the money laundering violations in Count Six for which each Defendant is solely liable.

## V.
## Substitute Property

If any property used in, proceeds from, and property used to facilitate the immigration

violations and any property involved in the money laundering violations, as a result of any act or

omissions of the Defendants—

a. cannot be located upon the exercise of due diligence;
b. has been transferred or sold to, or deposited with, a third party;
c. has been placed beyond the jurisdiction of the court;
d. has been substantially diminished in value; or
e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States to seek the forfeiture of any other property of each Defendant,

up to the value of each money judgment, as substitute property pursuant to Title 21 U.S.C. § 853(p)

and FED. R. CRIM. P. 32.2(e).

A TRUE BILL.

FOREPERSON

JAIME ESPARZA
United States Attorney

By: _____ FoR
    BRETT C. MINER
    Assistant United States Attorney