## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## DEL RIO DIVISION

FILED

FEB 1 8 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

UNITED STATES OF AMERICA

v.

RASHAD JERMAINE JOSHUA

Cause No. 2:22-CR-02324-004-AM

### ORDER

Before the Court is Defendant's Unopposed Motion for Extension of Time and Leave to File Objections to the Presentence Investigation Report Out of Time. Having considered the motion and the record, and noting that the motion is unopposed, the Court finds that the motion should be GRANTED.    DENIED .

IT IS ORDERED that Defendant's Unopposed Motion for Extension of Time and Leave to File Objections to the Presentence Investigation Report Out of Time is GRANTED. Defendant's objections to the Presentence Investigation Report are deemed timely filed and shall be considered by the Court.

SIGNED this 18th day of ___February___, 2026.

_____
HON. ALIA MOSES
UNITED STATES DISTRICT JUDGE